# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BONANZA CREEK ENERGY, INC., *et al.*, | ) ) ) | Case No. 17-10015 (KJC) |
| Debtors. | ) ) ) | Joint Administration Requested |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Marshall S. Huebner of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, to represent the above-captioned debtors and debtors in possession in the above-captioned cases.

Date: January 4, 2017
Wilmington, Delaware

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651 7700
Facsimile: (302) 651-7701
Email: collins@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and am admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the Second and Sixth Circuits, the United States District Court for the Southern and Eastern Districts of New York and the United States District Court for the Eastern District of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund*, effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

               */s/ Marshall S. Huebner*
               Marshall S. Huebner
               DAVIS POLK & WARDWELL LLP
               450 Lexington Avenue
               New York, New York 10017
               Telephone: (212) 450-4000
               Facsimile: (212) 607-7983
               Email:  marshall.huebner@davispolk.com