# Exhibit A

## Lederman Testimony – Filed Under Seal